UNITED STATES of America,
Plaintiff–Appellee

v.

Adekunle Olyumuyiwa ADEYINKA,
Defendant–Appellant.

No. 07–10793

United States Court of Appeals,
Fifth Circuit.

March 5, 2008.

Sarah Ruth Saldana, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Sam L. Ogan, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Adekunle Olyumuyiwa Adeyinka raises arguments that he concedes are foreclosed by *United States v. Marmolejo,* 915 F.2d 981, 983 (5th Cir.1990), which explained that double jeopardy does not apply in supervised release revocation proceedings, and *United States v. Hinson,* 429 F.3d 114, 119 (5th Cir.2005), which held that a defendant is not entitled to a jury trial to determine whether the terms of supervised release have been violated. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before KING, STEWART, and PRADO, Circuit Judges.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

